# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Associated Press

**v.** Steven Cheung, et al.

**Case No:** 25-5109

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel

for the ☒ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Steven Cheung, in his official capacity

Karoline C. Leavitt, in her official capacity

Susan Wiles, in her official capacity

### Counsel Information

**Lead Counsel:** Steven A. Myers

**Direct Phone:** (202) 305-8648  **Fax:** ( ) -   **Email:** steven.a.myers@usdoj.gov

**2nd Counsel:** Yaakov M. Roth

**Direct Phone:** (202) 514-3301  **Fax:** ( ) -   **Email:** yaakov.m.roth@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( )   **Fax:** ( ) -   **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division

**Firm Address:** 950 Pennsylvania Ave. NW, Washington DC 20530

**Firm Phone:** ( ) -   **Fax:** ( ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)