# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5109**  **September Term, 2024**

1:25-cv-00532-TNM

Filed On: April 10, 2025 [2110245]

Associated Press,

    Appellee

    v.

Taylor Budowich, in his official capacity as
White House Deputy Chief of Staff, et al.,

    Appellants

## O R D E R

The notice of appeal was filed on April 9, 2025, and docketed in this court on April 10, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 12, 2025 |
| Docketing Statement Form | May 12, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 12, 2025 |
| Procedural Motions, if any | May 12, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 12, 2025 |
| Statement of Issues to be Raised | May 12, 2025 |
| Transcript Status Report | May 12, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | May 12, 2025 |
| Dispositive Motions, if any | May 27, 2025 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 12, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 12, 2025 |
| Procedural Motions, if any | May 12, 2025 |
| Dispositive Motions, if any | May 27, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)