[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ASSOCIATED PRESS,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff, et al.,<br><br>   Defendants-Appellants. | No. 25-5109 |

# NOTICE OF ERRATA

Plaintiff-Appellee the Associated Press ("the AP") respectfully submits this Notice of Errata regarding its Response in Opposition to the Government's Emergency Motion for Stay and an Immediate Administrative Stay. The first sentence of the first full paragraph on page 8 of the AP's Response should state:

> The government does not make the necessary showing on *any* of these factors: the government is unlikely to prevail on appeal; the government will suffer *no* harm from the Order going into effect, while the AP will suffer *irreparable* harm from a stay; and the public interest squarely opposes a stay.

If it would assist the Court to receive a corrected version of the AP's Response in addition to this Notice of Errata, the AP will promptly submit a corrected copy.

Dated: April 11, 2025

Respectfully submitted,

/s/ *Charles D. Tobin*
Charles D. Tobin
Jay Ward Brown
Maxwell S. Mishkin
Sasha Dudding
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
brownjay@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com

*Counsel for the Associated Press*

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I directed the foregoing to be filed electronically with the Clerk of the Court by using the appellate CM/ECF system.

/s/ *Charles D. Tobin*
Charles D. Tobin