

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 532-4747

April 14, 2025

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

   RE:   *Associated Press v. Budowich, et al.*, No. 25-5109

Dear Mr. Cislak:

   Yesterday, the Court scheduled oral argument on the government's emergency motion for a stay pending appeal. We are grateful that the Court is providing us with the opportunity to present argument in support of our motion and appreciate the priority the Court has afforded this matter. The Court has not, however, yet ruled on our request for an administrative stay. Because the district court's stay of its own order expired on Sunday, April 13, that order has now taken effect. As of this morning, the President of the United States is subject to an order imposing terms on which he must admit individuals to the Oval Office and other restricted spaces. In light of the magnitude of this intrusion, a continued stay is warranted until this Court can reach the merits of the government's motion. We accordingly respectfully reiterate our request for an administrative stay. The administrative stay should continue through the time the Court decides the emergency motion and, if that motion is denied, we ask that the stay be extended an additional seven days in order to provide the Solicitor General with an opportunity to seek relief from the Supreme Court.

We ask that you circulate this letter to the panel assigned to hear the government's motion.

Respectfully submitted,

*/s/ Joshua M. Salzman*
Joshua M. Salzman

cc:   All counsel