[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ASSOCIATED PRESS,

   Plaintiff-Appellee,

v.

TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff, et al.,

   Defendants-Appellants.

No. 25-5109

# NOTICE OF FILING

Plaintiff-Appellee the Associated Press ("the AP") respectfully notifies the Court that, earlier today, the AP moved the District Court to enforce its Injunction Order against Defendants-Appellants. Attached hereto as Exhibit 1 is a copy of the AP's motion and the exhibits thereto.

Dated: April 16, 2025

Respectfully submitted,

/s/ *Charles D. Tobin*
Charles D. Tobin
Jay Ward Brown
Maxwell S. Mishkin
Sasha Dudding
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299

tobinc@ballardspahr.com
brownjay@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com

*Counsel for the Associated Press*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2025, I directed the foregoing to be filed electronically with the Clerk of the Court by using the appellate CM/ECF system.

/s/ *Charles D. Tobin*
Charles D. Tobin