# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5109**　　　　　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　**1:25-cv-00532-TNM**

　　　　　　　　　　　　　　　　　　　　　　　　**Filed On: April 17, 2025** [2111595]

Associated Press,

　　　　Appellee

　　v.

Taylor Budowich, in his official capacity as
White House Deputy Chief of Staff, et al.,

　　　　Appellants

　　**BEFORE:**　　Circuit Judges Pillard, Katsas, and Rao

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, April 17, 2025 at 2:01 p.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

　　Eric D. McArthur (DOJ), counsel for Appellants.

　　Charles D. Tobin, counsel for Appellee.

　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　Anne A. Rothenberger
　　　　　　　　　　　　　　　　　　　Deputy Clerk