

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8648

April 21, 2025

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

    RE:   *Associated Press v. Budowich, et al.*, No. 25-5109

Dear Mr. Cislak:

On April 16, the Associated Press filed a notice informing this Court that it had filed in the district court a motion to enforce the preliminary injunction at issue in this appeal. We respectfully write to notify this Court that on April 18, 2025, the district court denied that motion in an oral order.

                          Sincerely,

                          */s/ Steven A. Myers*
                          Steven A. Myers

cc:    All counsel