# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5109
2. DATE DOCKETED: 04-10-2025
3. CASE NAME (lead parties only) Associated Press v. Taylor Budowich
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ⦿ Yes ○ No
   If YES, cite statute 28 U.S.C. 1657(a)
6. CASE INFORMATION:
   a. District Court Docket No.  Bankruptcy Court Docket No.  Tax Court Docket No.
      Civil Action 1:25-cv-00532 (TNM)  Bankruptcy  Tax
      Criminal  Adversary
      Miscellaneous  Ancillary
   b. Review is sought of:
      ☐ Final Order   ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Hon. Trevor N. McFadden   Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 04-08-2025   e. Date notice of appeal filed: 04-09-2025
   f. Has any other notice of appeal been filed in this case? ○ Yes ⦿ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ⦿ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ⦿ Yes ○ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ⦿ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ○ Yes ⦿ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ⦿ No   If so, provide program name and participation dates

Signature /s/ Steven A. Myers   Date 05-12-2025
Name of Party Taylor Budowich, in his official capacity, et al. (all defendants)
Name of Counsel for Appellant/Petitioner Steven A. Myers
Address 950 Pennsylvania Ave. NW, Washington DC 20015
Phone ( 202 ) 305-8648   Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)