# [ORAL ARGUMENT NOT YET SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

ASSOCIATED PRESS,

        Plaintiff-Appellee,

  v.

TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE C. LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,

        Defendants-Appellants.

No. 25-5109

## STATEMENT REGARDING DEFERRED APPENDIX

Defendant-appellants respectfully state that they do not intend to use a deferred joint appendix.

Respectfully submitted,

        JOSHUA M. SALZMAN
        */s/ Steven A. Myers*
        STEVEN A. MYERS
          *Attorneys, Appellate Staff*
          *Civil Division, Room 7232*
          *U.S. Department of Justice*
          *950 Pennsylvania Avenue NW*

*Washington, DC 20530*
(202) 305-8648

Dated: May 12, 2025