## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ASSOCIATED PRESS,

    Plaintiff-Appellee,

  v.

TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE C. LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,

    Defendants-Appellants.

No. 25-5109

## NONBINDING STATEMENT
## OF ISSUES TO BE RAISED ON APPEAL

Defendant-appellants anticipate raising the following issue:

Whether the district court erred in entering a preliminary injunction prohibiting defendants from considering the Associated Press's viewpoint when granting discretionary access to the Oval Office and other restricted spaces that is not made available to all credentialed members of the White House press corps.

Respectfully submitted,

JOSHUA M. SALZMAN
*/s/ Steven A. Myers*
STEVEN A. MYERS
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7232*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-8648*

Dated: May 12, 2025