# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5109                            September Term, 2025

1:25-cv-00532-TNM

Filed On: September 29, 2025 [2137523]

Associated Press,

        Appellee

    v.

Taylor Budowich, in his official capacity as
White House Deputy Chief of Staff, et al.,

        Appellants

## O R D E R

Upon consideration of the government's unopposed motion to reschedule oral argument, it is

**ORDERED** that the motion be denied. This case remains scheduled for oral argument on November 24, 2025.

Arguing counsel are reminded of their obligation to promptly notify the court of any dates of unavailability to appear for oral argument. The notice should be filed as soon as possible after the briefing schedule issues and updated if a potential scheduling conflict arises later, or if there is any change in availability. See D.C. Circuit Handbook of Practice and Internal Procedures as 49 (2011).

### Per Curiam

                                        FOR THE COURT:
                                        Clifton B. Cislak, Clerk

                           BY:     /s/
                                        Michael C. McGrail
                                        Deputy Clerk