# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5109**　　　　　　　　　　　　　　　　　**September Term, 2025**

　　　　　　　　　　　　　　　　　　　　　　　**1:25-cv-00532-TNM**

　　　　　　　　　　　　　　　　　　　**Filed On: October 10, 2025** [2139749]

Associated Press,

　　　　Appellee

　　v.

Taylor Budowich, in his official capacity as
White House Deputy Chief of Staff, et al.,

　　　　Appellants

　　**BEFORE:**　　Wilkins*, Katsas, and Rao, Circuit Judges

## O R D E R

　　Upon consideration of the government's motion for extension of time to file the reply brief, it is

　　**ORDERED** that the motion be denied.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk

* Circuit Judge Wilkins would grant the motion.