No. 25-5109

———————————————

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————————

ASSOCIATED PRESS,

                                                Plaintiff-Appellee,

v.

TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE C. LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,

                                                Defendants-Appellants.

———————————————

On Appeal from the United States District Court
for the District of Columbia

———————————————

# ERRATUM TO BRIEF OF *AMICI CURIAE* AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA IN SUPPORT OF APPELLEE AND AFFIRMANCE

———————————————

*Amici* respectfully submit this erratum to their brief filed October 6, 2025.

Page 13 of the brief states: "The House Un-American Activities Committee, headed by Senator Joseph McCarthy, targeted even those with tenuous—or no—connections to the Communist Party and blacklisted members of the film industry."

The sentence should read (with the revised text shown here in italics): "The House Un-American Activities Committee, *and a Senate investigative subcommittee* headed by Senator Joseph McCarthy, targeted even those with tenuous—or no—connections to the Communist Party and blacklisted members of the film industry."

*Amici* apologize for the error.

        Respectfully submitted,

/s/ *Scott Michelman*
Scott Michelman
   *Counsel of Record*
Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF THE DISTRICT
   OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
Tel.: (202) 457-0800
Email: smichelman@acludc.org
        aspitzer@acludc.org

Ben Wizner
Brian Hauss
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
Email: bwizner@aclu.org
        bhauss@aclu.org

*Counsel for Amici Curiae*

October 16, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically filed the foregoing erratum with the Clerk of the Court of the U.S. Court of Appeals for the D.C. Circuit by using the Appellate CM/ECF system which will send notice to all counsel who are registered CM/ECF users.

/s/ *Scott Michelman*
Scott Michelman