# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** ASSOCIATED PRESS

v.

TAYLOR BUDOWICH, ET AL

**Case No:** 25-5109

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ● Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- AMERICAN CIVIL LIBERTIES UNION
- AMERICAN CIVIL LIBERTIES UNION OF ...
- ... THE DISTRICT OF COLUMBIA

### Counsel Information

**Lead Counsel:** SCOTT MICHELMAN
**Direct Phone:** (202) 601-4267  Fax: ( ) -  **Email:** smichelman@acludc.org

**2nd Counsel:** ARTHUR B. SPITZER
**Direct Phone:** (202) 601-4266  Fax: ( ) -  **Email:** aspitzer@acludc.org

**3rd Counsel:**
**Direct Phone:** ( ) -  Fax: ( ) -  **Email:**

**Firm Name:** AMERICAN CIVIL LIBERTIES UNION FDN. OF THE DISTRICT OF COLUMBIA
**Firm Address:** 529 14th Street, NW, Suite 722, Washington, DC 20045
**Firm Phone:** (202) 457-0800  Fax: ( ) -  **Email:** info@acludc.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)