# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5109**                      **September Term, 2025**

1:25-cv-00532-TNM

Filed On: November 24, 2025 [2146827]

Associated Press,

       Appellee

    v.

Taylor Budowich, in his official capacity as
White House Deputy Chief of Staff, et al.,

       Appellants

  **BEFORE:**    Circuit Judges Wilkins, Katsas, and Rao

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, November 24, 2025 at 9:31 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Jacob (Yaakov) M. Roth (DOJ), counsel for Appellants.

    Charles D. Tobin, counsel for Appellee.

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

               BY:    /s/
                       Anne A. Rothenberger
                       Deputy Clerk