Ballard Spahr LLP

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Charles D. Tobin
Tel: 202.661.2218
Fax: 202.661.2299
tobinc@ballardspahr.com

September 29, 2026

**Via CM/ECF**

Clifton Cislak, Clerk of Court
United States Court of Appeals for the D.C. Circuit
333 Constitution Avenue NW, Room 5205
Washington, DC 20001

**Re: *Associated Press v. Cheung*, No. 25-5109**

Dear Mr. Cislak,

Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiff-Appellee The Associated Press ("AP") respectfully submits this notice of supplemental authority regarding the pending appeal of the District Court's April 8, 2025 Order granting a preliminary injunction for the AP.

On September 24, 2026, the Honorable Timothy J. Kelly issued the enclosed Temporary Restraining Order ("TRO") in *Cable News Network, Inc. v. Trump*, No. 26-cv-3287 (D.D.C.), in which CNN, POLITICO, and MS NOW challenged as unconstitutional the government's decision to ban those three news organizations from the White House and revoke their journalists' access credentials. Principally relying on this Court's decisions in *Sherrill v. Knight*, 69 F.2d 124 (D.C. Cir. 1977), and *Karem v. Trump*, 960 F.3d 656 (D.C. Cir. 2020), the District Court concluded, *inter alia*, that the plaintiffs "were likely to succeed in showing that their [credentials] were revoked without constitutionally adequate due process." *See* TRO at 2. In reaching this conclusion, the District Court observed that the news organizations and the public "have an abiding interest in maintaining the status quo ante given the importance of the free press, which 'stands as one of the great interpreters between the government and the people.'" *Id.* at 5 (quoting *Grosjean v. Am. Press. Co.*, 297 U.S. 233, 250 (1936)).

In this case, the AP raised a similar due process challenge to the government's decision to ban its journalists from certain spaces in the White House open to other White House-credentialed journalists, such that "AP's credentials provided inferior access to the White House than the same credentials granted to all other members of the White House press corps." *See* Appellee's Br. at 1-2. Though the District Court did not reach these Fifth Amendment arguments, having granted relief under the First Amendment, this Court may affirm for any reason supported by the record, and here the uncontested record reflects that the government likewise did not satisfy the basic requirements of due process set out in *Sherrill* and *Karem*. *See id.* at 43-47. The government's failure to satisfy these requirements thus provides an independent and alternative basis to affirm the District Court's decision.

Respectfully submitted,

BALLARD SPAHR LLP

*<u>/s/ Charles D. Tobin</u>*

Charles D. Tobin
Jay Ward Brown
Maxwell S. Mishkin
Sasha Dudding
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
brownjay@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com

*Counsel for Plaintiff-Appellee*

**Certificate of Compliance**

I hereby certify that this letter complies with the type-volume limitations of Federal Rule of Appellate Procedure 28(j) because it contains 350 words.

*/s/ Charles D. Tobin*
Charles D. Tobin